# EXHIBIT A

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| CYNTHIA HANSEN, | ) LAW NO. LACL132781 |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| Vs. | ) **ORIGINAL NOTICE** |
| | ) |
| HARTFORD LIFE AND ACCIDENT | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant(s). | ) |

TO THE ABOVE-NAMED DEFENDANT(S):

You are notified that a petition has been filed in the office of the clerk of this court naming you as the Defendant(s) in this action. A copy of petition is attached to this notice. The attorney for the Plaintiff is **Steve Hamilton**, whose address is **Hamilton Law Firm, P.C., P.O. Box 188, Storm Lake, Iowa**. That attorney's phone number is (712)732-2842; facsimile number is (712)732-6202.

You must serve a motion or answer within 20 days after service of this original notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court for **Polk** County, at the courthouse in **Des Moines, Iowa**. If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

You must electronically file an answer using the Iowa Judicial Branch Electronic Document Management System (EDMS) at https://www.iowacourts.state.ia.us/EFile unless you obtain from the court an exemption from electronic filing requirements. See Iowa Court Rules Chapter 16 for general rules and Chapter 16, division VI for rules regarding protection of personal information in court filings.

If you electronically file, EDMS will serve a copy of the answer on the Plaintiff(s) or on the attorney for Plaintiff(s). The Notice of Electronic Filing will indicate if Plaintiff(s) are exempt from electronic filing, and if you must mail a copy of your answer to Plaintiff(s). You must also notify the clerk's office of any address change.

(SEAL)

                                                  CLERK OF THE DISTRICT COURT
                                                  Polk County Courthouse
                                                  Des Moines, Iowa 50201

If you need assistance to participate in court due to a disability, call the disability coordinator at **(712) 279-6035 or (641) 421-0990**. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**

**IMPORTANT: YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE
TO PROTECT YOUR INTERESTS**

# STATE OF IOWA JUDICIARY

Case No. **LACL132781**
County **Polk**

Case Title **CYNTHIA HANSEN VS. HARTFORD LIFE AND ACCIDENT INS**

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16:** http://www.iowacourts.state.ia.us/Efile

Scheduled Hearing:

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(515) 286-3394** . (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

Date Issued **05/28/2015 08:07:37 AM**



District Clerk of Polk    County
/s/ Christy Wagner