**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA, CENTRAL DIVISION**

| | | |
|---|---|---|
| **CYNTHIA HANSEN,** | ) | |
| | ) | |
| *Plaintiff* | ) | Case No. 4:15-cv-00184-SMR-RAW |
| | ) | |
| *v.* | ) | Judge Stephanie M. Rose |
| | ) | |
| **HARTFORD LIFE AND ACCIDENT** | ) | Magistrate Judge Ross A. Walters |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| *Defendant* | ) | |

## STIPULATION OF DISMISSAL

All matters in controversy in the above captioned cause of action having been fully compromised, agreed, and settled pursuant to the terms of a written settlement agreement, plaintiff, CYNTHIA HANSEN ("Plaintiff"), and defendant, HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY ("Hartford"), hereby stipulate and agree to the dismissal of Plaintiff's Amended Complaint and the above captioned lawsuit, with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

By: /s/ Warren von Schleicher
Attorneys for Defendant,
Hartford Life and Accident Insurance
Company

Warren von Schleicher (Ill. Bar No. 6197189)
Rachel Beattie (Ill. Bar No. 6305444)
SMITH | VON SCHLEICHER + ASSOCIATES
180 North LaSalle St. Suite 3130
Chicago, Illinois 60601
P:  312-541-0300
warren.vonschleicher@svs-law.com
rachel.beattie@svs-law.com

Michael W. Thrall (AT0007975)
NYEMASTER GOODE, P.C.
700 Walnut, Suite 1600

By: /s/ Steve Hamilton (with consent)
Attorney for Plaintiff,
Cynthia Hansen

Steve Hamilton (AT0003128)
Hamilton Law Firm, P.C.
P.O. Box 188
606 Ontario Street
Storm Lake, Iowa 50588
P:  515-309-3536
steve@hamiltonlawfirmpc.com

Des Moines, Iowa 50309
P: 515.283.3189
mwt@nyemaster.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing on the following attorneys:

Steve Hamilton
Hamilton Law Firm, P.C.
P.O. Box 188
606 Ontario Street
Storm Lake, Iowa 50588
steve@hamiltonlawfirmpc.com

Michael W. Thrall
NYEMASTER GOODE, P.C.
700 Walnut, Suite 1600
Des Moines, Iowa 50309
P  515.283.3189  |  F  515.283.8045
mwt@nyemaster.com

                                                             */s/ Warren von Schleicher*
                                                             SMITH | VON SCHLEICHER + ASSOCIATES
                                                             180 N. LaSalle St. Suite 3130
                                                             Chicago, Illinois 60601
                                                             P  312.541.0300 | F  312.541.0933
                                                             warren.vonschleicher@svs-law.com
                                                             Ill. Bar No. 6197189